IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 15-03508-CV-S-MDH |
| ) | |
| GLEN D. PENDERGRASS, JR. ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the Petition to Enforce Internal Revenue Service Summons was referred to the United States Magistrate Judge for preliminary review under § 636 (b), Title 28, United States Code.

The United States Magistrate Judge has completed his preliminary review of the Petition to Enforce Internal Revenue Service Summons and has submitted a Report and Recommendation to the undersigned (Doc. No. 8). The Magistrate Judge recommends that respondent Glen D. Pendergrass be ordered to comply with the summons, and that the compliance should occur on a date and a time agreed upon by Officer Debra J. Rhymes and respondent Glen D. Pendergrass, Jr., but not later than thirty days after service of an order directing compliance with the summons upon respondent Glen D. Pendergrass.

A copy of the Magistrate's Report and Recommendation was served on Respondent by both regular and certified mail at 2077 E. 546th Road, Pleasant Hope, Missouri 65725-8171. No

1

objections or exceptions to the report and recommendation of the Magistrate Judge have been filed and the time to do so has expired.

After a careful and independent review of the files and records in this matter, the Court adopts the detailed findings and recommendations of the United States Magistrate Judge.

Accordingly, it is hereby **ORDERED** that:

1) Respondent Glen D. Pendergrass comply with the summons issued by IRS Officer Rhymes on a date and a time agreed upon by Officer Rhymes and respondent Pendergrass, but not later than thirty days after service of this Order on respondent Pendergrass; and

2) The Clerk of the Court forward a copy of this Order via regular mail and certified mail to respondent Glen D. Pendergrass, 2077 E. 546th Road Pleasant Hope, MO 65725-8171.

**IT IS SO ORDERED.**

DATED: April 15, 2016

                                                 */s/ Douglas Harpool*
                                                 **DOUGLAS HARPOOL**
                                                 **UNITED STATES DISTRICT JUDGE**